January 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF B.W.E. AND A.E.E., CHILDREN

NO. 14-13-00467-CV

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on March 13, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.